UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

     Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

     Defendants.

_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

     Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Maria Elena Chavez Letona, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

     Dated this 10th day of November 2023.

s/ Lunar Alvey, Esq.
Lunar Claire Alvey, Esq. (713473)
luna@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*
