UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

      Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

      Defendants.

_____/

**<u>PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE</u>**
**<u>ON DEFENDANT, AMOR DE JESUS, CORP.</u>**

      Plaintiff, Maria Elena Chavez Letona files the Return of Service on Defendant, AMOR

DE JESUS, CORP (served on November 11, 2023).

      Dated this 14th day of November 2023.

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
