UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, JOSE MACHADO.**

Plaintiff, Maria Elena Chavez Letona files the Return of Service on Defendant, JOSE MACHADO (served on November 10, 2023).

Dated this 14th day of November 2023.

                                  s/Brian H. Pollock, Esq.
                                  Brian H. Pollock, Esq.
                                  Fla. Bar No. 174742
                                  brian@fairlawattorney.com
                                  FAIRLAW FIRM
                                  135 San Lorenzo Avenue
                                  Suite 770
                                  Coral Gables, FL 33146
                                  Tel:   305.230.4884
                                  *Counsel for Plaintiff*