# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-24299-FAM

Plaintiff:
**MARIA ELENA CHAVEZ LETONA**

vs.

Defendant:
**AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC., JOSE MACHADO, ZELMIRA QUIONES, AND AMINTA QUIONES**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 9th day of November, 2023 at 5:06 pm to be served on **Jose Machado, 2135 SW 156 Court, Miami, FL 33185**.

I, Stefany Camejo, do hereby affirm that on the **10th day of November, 2023** at **7:02 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Jose Machado** at the address of: **2135 SW 156 Court, Miami, FL 33185**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Hispanic, Height: 5'6", Weight: 170, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2023001842