UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE ON DEFENDANT**

    Plaintiff, Maria Elena Chavez Letona, files the Returns of Service on Defendant Zelmira Quinonez., (November 20, 2023).

Dated November 29, 2023.

    Respectfully submitted,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Miami, FL 33146
    Tel: 305.230.4884
    *Counsel for Plaintiff*