UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE ON DEFENDANT**

    Plaintiff, Maria Elena Chavez Letona, files the Returns of Service on Defendant Sweet Living Facility Inc., (November 20, 2023).

Dated November 29, 2023.

                      Respectfully submitted,

                      <u>Brian H. Pollock, Esq.</u>
                      Brian H. Pollock, Esq.
                      Fla. Bar No. 174742
                      brian@fairlawattorney.com
                      FAIRLAW FIRM
                      135 San Lorenzo Avenue
                      Suite 770
                      Miami, FL 33146
                      Tel:   305.230.4884
                      *Counsel for Plaintiff*