UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24299 MORENO

MARIA ELENA CHAVEZ LETONA,

        Plaintiff,

vs.

AMOR DE JESUS, JOSE MACHADO,
AND AMINTA QUINONEZ

        Defendants
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

**THIS CAUSE** came before the Court on Defendants' Motion for Extension of Time to File Response to Complaint and the Court having reviewed the motion it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Motion for Extension of Time to File Response to Complaint is GRANTED. Defendants shall file a response to Plaintiff's Complaint on or before December 16, 2023.

**DONE AND ORDERED** in Miami, Florida this _____ day of October 2023.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of record