UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE
### (NOTICE OF COURT PRACTICE IN FLSA CASES)

Plaintiff Maria Elena Chavez Letona notices the Court and all parties that s/he complied with the Court's Notice of Court Practice in FLSA Cases at ECF No. 8 by service a copy of the Court's Notice and Statement of Claim [ECF Nos. 8, 9] by email on defense counsel on the date set forth below.

Dated this 1st day of December 2023.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*

1