UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24299 MORENO

MARIA ELENA CHAVEZ LETONA,

      Plaintiff,

vs.

AMOR DE JESUS, CORP., JOSE
MACHADO, SWEET LIVING FACILITY INC.,
ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

      Defendants,
_____/

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

**COMES NOW**, EMMANUEL PEREZ, files this appearance as counsel for Defendants, SWEET LIVING FACILITY INC., and ZELMIRA QUINONEZ, in the above-captioned case.

Respectfully submitted,

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
Attorneys for Defendants
901 Ponce De Leon Boulevard
Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Fax: (305) 441-9218

By:_____/s/ *EMMANUEL PEREZ*_____
      EMMANUEL PEREZ
      Florida Bar No. 586552
      Email: courtmail@lawperez.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 11, 2023, I electronically filed the foregoing document **Notice of Appearance** with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Emmanuel Perez_____

Attorney for Defendants
901 Ponce De Leon Boulevard
Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Fax: (305) 441-9218