UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24299 MORENO

MARIA ELENA CHAVEZ LETONA,

        Plaintiff,

vs.

AMOR DE JESUS, CORP., JOSE MACHADO, SWEET LIVING FACILITY INC., ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

        Defendants
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

**THIS CAUSE** came before the Court on Defendants', SWEET LIVING FACILITY INC., and ZELMIRA QUINONEZ, Motion for Extension of Time to File Response to Complaint and the Court having reviewed the motion it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Motion for Extension of Time to File Response to Complaint is GRANTED. Defendants shall file a response to Plaintiff's Complaint on or before December 16, 2023.

**DONE AND ORDERED** in Miami, Florida this _____ day of December 2023.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

cc: Counsel of record