UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

## **NOTICE OF MEDIATOR SELECTION**

    Plaintiff, Maria Elena Chavez Letona, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 21] and its Order entered on December 27, 2023 [ECF No. 22] and agreed to utilize **Neil Flaxman, Esq., as mediator**.

    Dated this 4th day of January 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
