UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff, Maria Elena Chavez Letona, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 21] and its Order entered on December 27, 2023 [ECF No. 22] and agreed to utilize **Neil Flaxman, Esq., as mediator**.

    Dated this 4th day of January 2024.

                                                      s/Brian H. Pollock, Esq.
                                                    Brian H. Pollock, Esq. (174742)
                                                    brian@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, FL 33146
                                                    Tel:   305.230.4884
                                                    *Counsel for Plaintiff*