UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

 Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

 Defendants.
_____/

## NOTICE OF MEDIATION

Plaintiff, Maria Elena Chavez Letona, notices the Court that mediation has been scheduled in the above-styled matter as follows:

| | |
|---|---|
| **MEDIATOR:** | **Neil Flaxman**<br>**Brickell City Tower**<br>**80 SW 8th Street,**<br>**Suite 3100**<br>**Miami, Florida 33130**<br>**Tel: (305) 810-2786** |
| **DATE & TIME:** | **May 15, 2024 at 10:00 am (Eastern Time)** |
| **LOCATION:** | **Via Zoom Video Conference**<br>**(link will be provided at a later date)** |

(Certificate of service follows in the next page)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF on this 4th day of January 2024.

Dated this 4th day of January 2024.

                                        s/Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*