UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC., JOSE MACHADO, ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

    Defendants.
_____/

### NOTICE OF DISSOCIATION OF LUNAR CLAIRE ALVEY, ESQ. AS COUNSEL FOR PLAINTIFF

Lunar Claire Alvey, Esq., notifies the Court and all parties that she has dissociated herself from FairLaw Firm and is no longer of record for Plaintiff, Maria Elena Chavez Letona, in this action. Brian H. Pollock, Esq. and FairLaw Firm remain counsel for Plaintiff.

Dated this 17th day of January 2024.

    s/ Lunar Claire Alvey, Esq.
    Lunar Claire Alvey, Esq.
    Fla. Bar No. 713473
    luna@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*