UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA ELENA CHAVEZ LETONA,

          Plaintiff,

v.

                                             CASE NO.: 23-CV-24299

AMOR DE JESUS CORP., et al.,

          Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

    **COME NOW**, Defendants, hereby identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a.    Maria Elena Chavez Letona: Plaintiff

    b.    Brian H. Pollock, Esq.: Counsel for Plaintiff

    c.    Law Office of Brian H. Pollock, P.A. d/b/a Fair Law Firm: Counsel for Plaintiff

    d.    Amor de Jesus, Corp.: Defendant

    e.    Sweet Living Facility Inc.: Defendant

    f.    Jose Machado: Defendant

    g.    Zelmira Quinonez: Defendant

    h.    Aminta Quinonez: Defendant

    i.    Emmanuel Perez, Esq.: Counsel for Defendants

    j.    Law Offices of Emmanuel Perez & Associates, P.A.: Counsel for Defendants.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None known to Defendants.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

       None known to Defendants.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

       None known to Defendants.

5. Check one of the following:

   X   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

      I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF on this 30th day of January 2024.

                         LAW OFFICE OF EMMANUEL PEREZ & ASSOCIATES, P.A.
                         901 Ponce De Leon Blvd., Suite 101
                         Coral Gables, FL 33134
                         Tel: (305) 442-7443
                         Fax: (305) 441-9218
                         E: perez@lawperez.com

                         By: _____*Emmanuel Perez*_____
                            Emmanuel Perez, Esq.
                            FL. Bar # 586552