UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC., JOSE MACHADO, ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

    Defendants.
_____/

## NOTICE OF APPEARANCE BY P. BROOKS LAROU, ESQ.

P. Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Maria Elena Chavez Letona, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing eFiled on this 5th day of February 2024, which will serve Emmanuel Perez, Esq., LAW OFFICE OF EMMANUEL PEREZ & ASSOCIATES, P.A., 901 Ponce De Leon Blvd., Ste. 101, perez@lawperez.com, as *Counsel for Defendants*, and all others who appeared in this action.

    s/ P. Brooks LaRou, Esq.
    P. Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, FL 33146
    Tel: (305) 230-4884

*Counsel for Plaintiff*