UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA ELENA CHAVEZ LETONA,

          Plaintiff,

v.

          CASE NO.: 23-CV-24299

AMOR DE JESUS CORP., et al.,

          Defendants.
_____/

## DEFENDANT, SWEET LIVING FACILITY, INC., RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

**COMES NOW**, Defendant, SWEET LIVING FACILITY, INC., by and through undersigned counsel and pursuant to the Florida Rules of Civil Procedure, files this, Response to Plaintiff's Request for Admissions, as follows:

1. Admits.
2. Admits.
3. Admits.
4. Admits.
5. Admits.
6. Denies.
7. Denies.
8. Denies.
9. Denies.
10. Denies.
11. Denies
12. Denies.
13. Denies.
14. Denies.
15. Denies.
16. Denies.
17. Denies.

18. Denies.
19. Denies.
20. Denies.
21. Denies.
22. Admits.
23. Admits.
24. Admits.
25. Admits.
26. Admits.
27. Admits.
28. Admits.
29. Admits.
30. Denies.
31. Denies.
32. Denies.
33. Denies.
34. Denies.
35. Denies.
36. Denies.
37. Denies.
38. Denies.
39. Denies.
40. Denies.
41. Denies.
42. Denies.
43. Denies.
44. Denies.
45. Denies.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF on this 8th day of February 2024.

**LAW OFFICES OF**
**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd, Suite 101
Coral Gables, FL  33134
Tel. (305)442-7443
eService: courtmail@lawperez.com

By: /s/Emmanuel Perez
    EMMANUEL PEREZ
    F.B.N. 586552