UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

v.

                                    CASE NO.: 23-CV-24299

AMOR DE JESUS CORP., et al.,

    Defendants.
_____/

## DEFENDANTS NOTICE OF SERVING ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**COME NOW** Defendants, by and through undersigned counsel hereby files his notice with this Honorable Court providing their answers to Plaintiff's First Set of Interrogatories, propounded on January 8, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF to all listed persons receiving notice on this 9th day of February 2024.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd, Suite 101
Coral Gables, FL  33134
Tel. (305)442-7443
eService: courtmail@lawperez.com

By:__/s/Emmanuel Perez_____
       EMMANUEL PEREZ
       F.B.N. 586552