UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP., *et al.*

    Defendants.
_____/

### **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

The undersigned attorney, Patrick Brooks LaRou, hereby notifies the Court and all parties and counsel of record of his change of law firm, address, email, and telephone number. All pleadings, orders, notices, correspondence, and other filings related to this action should be sent to the undersigned at the following:

| | |
|---|---|
| Email: | brooks@fairlawattorney.com |
| Law Firm: | FairLaw Firm |
| Address: | 135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146 |
| Telephone: | (305) 928-4893 |

Respectfully submitted this 22nd day of February 2024.

    s/ Patrick Brooks LaRou, Esq.
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave, Suite 770
    Coral Gables, FL 33146
    Tel: (305) 928-4893
    *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 22nd day of February 2024, which will serve Emmanuel Perez, Esq., LAW OFFICE OF EMMANUEL PEREZ & ASSOCIATES, P.A., 901 Ponce De Leon Blvd., Ste. 101, perez@lawperez.com, as *Counsel for Defendants*, and all others who appeared in this action.

s/ Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com