UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

      Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY HEARING WITH LEAVE TO REFILE

THIS CAUSE came before the Court upon Plaintiff's Motion for Discovery Hearing (**D.E. 40**), filed on **March 19, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED with leave to refile indicating specifically what has been asked for and which Defendant has failed to respond.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record