UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS TO**
**RENEWED MOTION FOR DISCOVERY HEARING [ECF NO. 43]**

Plaintiff, Maria Elena Chavez Letona, hereby notifies the Court and all parties to this action of her filing of Exhibits A and B to Plaintiff's Renewed Motion for Discovery Hearing [ECF No. 43], which were inadvertently omitted from the original filing.

Respectfully submitted this 8th day of April 2024.

    s/ Patrick Brooks LaRou
    Patrick Brooks LaRou, Esq.
    Florida Bar No. 1039018
    Email: brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave, Suite 770
    Coral Gables, FL 33146
    Telephone: (305) 928-4893
    *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 8th day of April 2024, which will serve Emmanuel Perez, Esq., LAW OFFICE OF EMMANUEL PEREZ & ASSOCIATES, P.A., 901 Ponce De Leon Boulevard, Suite 101, Coral Gables, Florida 33134, perez@lawperez.com, as *Counsel for Defendants*.

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*