UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S AGREED MOTION TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES

THIS CAUSE, having come before the Court on Plaintiff's Agreed Motion to Continue Trial and Related Pretrial Deadlines, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The April 26, 2024, and all subsequent deadlines are extended by 45 days, and the trial of this case will re-set to commence no earlier than October 10, 2024.

DONE AND ORDERED in Chambers on this _____ day of April 2024.

                                                    _____
                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*