UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

### ORDER OF REFERRAL TO CHIEF MAGISTRATE JUDGE TORRES FOR ALL PRETRIAL PROCEEDINGS

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion for Hearing Regarding Discovery (**D.E. 43**), filed on **April 8, 2024**.

PURSUANT to 28 U.S.C. § 636 and the Magistrate Judge Rules of the United States District Court for the Southern District of Florida, the above-captioned action is referred to **Chief United States Magistrate Judge Edwin G. Torres** to take all necessary and proper action as required by law, **with respect to any and all pretrial matters**. Pursuant to Magistrate Judge Rule 1(C), the Magistrate Judge need not submit a Report and Recommendation to this Court for disposition of non-dispositive motions which have been referred. Any applications for extension or modification of pretrial deadlines or the trial date shall be made to the District Judge. It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of the assigned Chief Magistrate Judge Edwin G. Torres.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of April 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Chief United States Magistrate Judge Edwin G. Torres