UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24299-CIV-MORENO**

MARIA ELENA CHAVEZ LETONA,

       Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

       Defendants.
_____/

## NOTICE OF AVAILABILITY OF CHIEF MAGISTRATE JUDGE TORRES TO EXERCISE JURISDICTION AND APPEAL OPTION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties are notified that Chief United States Magistrate Edwin G. Torres is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case including a jury or non-jury trial and the entry of a final judgment. Chief Magistrate Judge Torres may only exercise jurisdiction, however, if all parties voluntarily consent.

The parties may, without adverse substantive consequences, withhold consent, but this will prevent Chief Magistrate Judge Torres from exercising the Court's jurisdiction. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to Chief Magistrate Judge Torres or to Judge Moreno to whom the case has been assigned.

A party may appeal a judgment that Chief Magistrate Judge Torres enters directly to the United States Court of Appeals in the same manner as a party would appeal to any other

2

judgment of a District Court. A copy of the form "Consent to Proceed Before a United States Magistrate" is attached to this Order. Copies of the form are also available from the Clerk of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of April 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Chief United States Magistrate Judge Edwin G. Torres

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24299-CIV-MORENO**

MARIA ELENA CHAVEZ LETONA,

      Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

      Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**

      In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

      _____    _____
      _____    _____
      _____    _____
      _____    _____

NOTE: Return this form to the Clerk of the Court ONLY if it has been executed by all parties to the case.  Do not send a copy of this form to any District Judge or Magistrate Judge.