UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24299 MORENO

MARIA ELENA CHAVEZ LETONA,

        Plaintiff,

vs.

AMOR DE JESUS, CORP., JOSE MACHADO, AND AMINTA QUINONEZ,

        Defendants.
_____/

## RE-NOTICE OF TAKING PLAINTIFF'S DEPOSITON

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition as follows:

NAME:    Maria Elena Chavez Letona

DATE:    Friday, May 31, 2024

TIME:    11:00 AM

PLACE:    Law Offices of Emmanuel Perez
901 Ponce De Leon Blvd.
Suite 101
Coral Gables, FL  33134

Upon oral examination before Universal Court Reporting, Notary Public, or any other notary public or officer authorized by law to take deposition in the State of Florida. The oral and/or videotaped examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or such other purposes as are permitted under the rules of Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been electronically filed and served to all parties on the service list including Brian H. Pollock, Esq., brian@fairlawattorney.com and Patrick Brooks LaRou, Esq., brooks@fairlawattorney.com via EM/ECF on this 25th day of April 2024.

        EMMANUEL PEREZ & ASSOCIATES, P.A.
        901 Ponce De Leon Blvd, Suite 101
        Coral Gables, FL  33134
        Tel. (305)442-7443
        eService: courtmail@lawperez.com

        By:   /s/Emmanuel Perez
            EMMANUEL PEREZ
            F.B.N. 586552