UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24299 MORENO

MARIA ELENA CHAVEZ LETONA,

       Plaintiff,

vs.

AMOR DE JESUS, CORP., JOSE
MACHADO, SWEET LIVING FACILITY INC.,
ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

       Defendants
_____/

## DEFENDANTS UNOPPOSED MOTION REQUESTING HEARING BE RESCHEDULED

**COME NOW** Defendants, by and through undersigned counsel and files this Unopposed Motion Requesting the May 23, 2024 Discovery Hearing be rescheduled or moved to 3:30 PM and as grounds therefore states as follows:

1. On or about May 2, 2024, Defendants received Notice of Discovery Hearing being scheduled for May 23, 2024 at 2:30 PM.

2. However, undersigned has a Special Set Motion for Summary Judgment Hearing before Honorable Judge Mark in case *DNP Consulting, LLC et al v. Dagmara Dominguez* (In re: Dagmara Dominguez) with Case No.: 23-01148-RAM, which is scheduled for May 23, 2024 at 2:00 PM.

3. Undersigned is requesting the Discovery Hearing be rescheduled for another day or moved to May 23, 2024 at 3:30 PM.

6. Pursuant to Local Rules, undersigned counsel has asked opposing counsel, Brian H. Pollock, if he had any objections to our motion and he does not oppose.

**WHEREFORE**, Defendants requests that this Honorable Court grant this unopposed Motion Requesting the May 23, 2024 Discovery Hearing be rescheduled or moved to 3:30 PM and whatever other relief it deems just and reasonable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF to all listed persons receiving notice on this 7th day of May 2024.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Boulevard, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443; Fax: (305) 441-9218
Email: courtmail@lawperez.com

By:____/s/ *EMMANUEL PEREZ*__
       EMMANUEL PEREZ
       F.B.N. 586882