UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24299 MORENO

MARIA ELENA CHAVEZ LETONA,

        Plaintiff,

vs.

AMOR DE JESUS, CORP., JOSE
MACHADO, SWEET LIVING FACILITY INC.,
ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

        Defendants
_____/

## ORDER GRANTING DEFENDANTS UNOPPOSED MOTION REQUESTING HEARING BE RESCHEDULED

**THIS CAUSE** came before the Court on Defendants, Motion for Requesting the May 23, 2024 Discovery Hearing be rescheduled or moved to 3:30 PM and the Court having reviewed the motion it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants Unopposed Motion Requesting the May 23, 2024 Discovery Hearing be rescheduled is GRANTED.

**DONE AND ORDERED** in Miami, Florida this _____ day of May 2024.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of record