UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA ELENA CHAVEZ LETONA,
      Plaintiff,

v.

                                                    CASE NO.: 1:23-CV-24299

AMOR DE JESUS CORP., et al.,
      Defendants.
_____/

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF SUMMARY JUDGMENT

COME NOW, the Defendants by and through undersigned counsel, and pursuant to Rule

56.1, Southern District of Florida, local rules, and states as follows:

1. Mr. Jose Machado ("**Machado**") had "no involvement with Amor De Jesus whatsoever". [Exhibit A 23:4-6].

2. He had been to facility "a couple of times" possibly to pick up or drop off groceries or other items. [Exhibit A 23:7-22].

3. Although Machado is not 'involved' in any way with the day-to-day operations of the business, he is the sole owner. [Exhibit A 24:3-4].

4. His ownership, however, is purely "on paper" and as previously emphasized, he is "not involved with any of the financials" and it is his "wife's business". [Exhibit A 24:5-18].

5. In addition, he receives no profits or monetary funds from the business. [Exhibit A 24:11-14].

6. In fact, since 2013, Machado has been gainfully employed at a "full-time job" working for Citi Bank. [Exhibit A 19:13-22].

7. Prior to 2013, he was working full time at HSBC as a teller, then a consumer banker, and ultimately a licensed banker. [Exhibit A 20:3-6].

8. Ultimately, Machado indicated in his deposition that there is no other "individual responsible for overseeing the business operations" other than his wife, Aminta Machado Quinonez. [Exhibit A 26:11-14].

9. Ultimately, Machado is the "owner" in title only, having no operational control, or other ability to direct the employment of the Plaintiff. [Exhibit A 24-26].

10. With respect to the FLSA claims in Count I and Count III, Plaintiff alleges damages accruing January 1, 2020; January 1, 2021; September 30, 2021; and September 30, 2022. [DE1 ¶ 31]. Any claims, with respect to any named defendant, which accrued prior to November 9, 2021, are barred by the applicable statute of limitations as to Counts I and III.

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF on this 13th day of May 2024.

By: *Emmanuel Perez*
Emmanuel Perez, Esq.
Fla. Bar # 586552

**LAW OFFICE OF EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd., Suite 101
Coral Gables, FL 33134
Tel: (305) 442-7443
Fax: (305) 441-9218
E: perez@lawperez.com

Case 1:23-cv-24299-FAM   Document 61   Entered on FLSD Docket 05/13/2024   Page 3 of 9

MARIA ELENA CHAVEZ LETONA vs AMOR DE JESUS, et al.
Machado, Jose Noel on 04/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES



MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

    Defendants.

_____/


DEPOSITION OF JOSE NOEL MACHADO

TAKEN ON BEHALF OF THE PLAINTIFF

APRIL 19, 2024
1:00 P.M. TO 02:45 P.M.

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146


REPORTED BY:
NICHOLAS CINTAS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

877-291-3376

www.ucrinc.com

MARIA ELENA CHAVEZ LETONA vs AMOR DE JESUS, et al.
Machado, Jose Noel on 04/19/2024         Page 19

```
 1    a business.

 2         Q    Okay.  And what else did she say about the

 3    business?

 4         A    That's about it.  That it was a assisted

 5    living facility.  And -- but I didn't know if it was

 6    going to be under my name or if it was under her name.

 7         Q    Did she ask you for your permission to be

 8    listed as the President?

 9         A    Yeah, I told her, you know, if you need to

10    have me in some way listed.

11         Q    And you agreed?

12         A    Yes, she's my wife so.

13         Q    Between 2012 and the present, other than

14    working for Citibank and other than being listed as the

15    President of Amor De Jesus.  Have you had any other type

16    of employment?

17         A    Since when I'm sorry?

18         Q    Since 2012.

19         A    2012, yeah, so I began working at Citi in

20    2000 -- I would say October maybe, 2013, as a temporary

21    employee.  So, it was a temp contract position for six

22    months, and then I got offered the job full-time.

23              And then, prior to that I was working at

24    HSBC Bank until 2012, maybe until I would say November,

25    when I was going to school at the time, getting my
```



MARIA ELENA CHAVEZ LETONA vs AMOR DE JESUS, et al.
Machado, Jose Noel on 04/19/2024                Page 20



1   graduate degree or I had some time between jobs like --

2   about, I don't know, four, six months.

3        Q     Okay.  And so, what did you do at HSBC?

4        A     I worked at a branch.  Started out as a

5   teller, and then became a consumer banker, and then a

6   licensed banker.

7        Q     Can you explain to me the process for becoming

8   a consumer banker?

9        A     I guess, it's mainly through job experience

10  when you're a teller and you do a good job of -- as an

11  employee and one of the things that you have to do as a

12  teller is cross sell products, you know, and refer to

13  the bankers, so clients can go and open accounts, etc.

14  So, if you do a good job, I guess, with time, most

15  likely your branch manager will promote you to another

16  role.

17       Q     Okay.

18       A     Which is the consumer banker.

19       Q     So, there's no kind of licensing or

20  certification required to become a consumer banker?

21       A     Not for a consumer banker.  You're not

22  licensed at that point, but then there's another

23  position where if you want to grow in the bank.  Then

24  they have you study for the licenses, if that's

25  something that you want to do.

MARIA ELENA CHAVEZ LETONA vs AMOR DE JESUS, et al.
Machado, Jose Noel on 04/19/2024            Page 23

1       A      It could be.

2       Q      So, as President of Amor De Jesus, what are

3   your job duties?

4       A      No, I have no involvement with Amor De Jesus.

5       Q      No involvement whatsoever?

6       A      No.

7       Q      Okay.  Have you ever been to the facility

8   rented by Amor De Jesus?

9       A      Maybe a couple of times I did go by and drop

10  off some groceries at the door.

11      Q      Have you ever gone inside?

12      A      Maybe a little bit.  I went inside one time

13  but, it was like a quick thing, just like to pick up

14  some avocado from a tree.

15      Q      Okay.  From a tree?

16      A      From -- in the backyard, yeah.

17      Q      Who did you see there?  Did you know any of

18  the individuals that were there?

19      A      No, I just saw people and some old folks,

20  but --

21      Q      Some old folks.  Did you see your wife there?

22      A      No, not that day.

23      Q      Did you see your mother-in-law there?

24      A      No.

25      Q      As President of Amor De Jesus, do you have an



877-291-3376
www.ucrinc.com

1    ownership interest in the company?

2        A    Yes.

③ 3        Q    Are you the sole owner?

4        A    Everything is under my name only.

5        Q    So, the profits and losses of Amor De Jesus

6    are born only by you, basically you -- you're the only

7    individual who retains the profits of Amor De Jesus?

④ 8        A    No, I'm not involved with any of the

9    financials, you know, it's my wife's business, but

10   Amor De Jesus was under my name.

11       Q    So, as a 100 % owner of Amor De Jesus, you

12   retain none of the profits of the company?

⑤ 13       A    No, I have my full-time job where I get paid

14   and that's her job, basically.

15       Q    Okay.

16       A    It's her business.  It's just under my name, I

17   guess, but it's not -- I don't really do anything there,

18   so.

19       Q    Okay.  Other than your wife, is there any

20   other individual who retains the profits of

21   Amor De Jesus?

22       A    Not that I know of.

23       Q    Other than yourself, has there ever been

24   another owner of Amor De Jesus?

25       A    I'm not sure.



UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

877-291-3376

www.ucrinc.com

1          Q      When you and your wife became involved with

2    Amor De Jesus, did you purchase the company from another

3    individual?   Was it a pre-existing company or --

4          A      I don't know.   That's something that she did

5    at the time.   So, I don't know.

6          Q      Okay.   From 2020 to present, can you tell me

7    the managers of Amor De Jesus?

8          A      2020 to present, Aminta Quinonez,

9    Aminta Machado Quinonez, my wife.

10         Q      And so, she's been -- your wife, Aminta, has

11   been the only manager or supervisor?

12         A      Yes.

13         Q      And I believe you said earlier she was also

14   the administrator of Amor De Jesus?

15         A      Yeah.

16         Q      And between 2020 and now, has there been any

17   other administrator other than your wife?

18         A      Not that I know of, no.

19         Q      Okay.   Can you tell me the names of any of the

20   employees of Amor De Jesus from 2020 to present?

21         A      I have no idea.

22         Q      Not one?

23         A      No.

24         Q      What about independent contractors who have

25   performed work for Amor De Jesus.   Do you know any of



MARIA ELENA CHAVEZ LETONA vs AMOR DE JESUS, et al.
Machado, Jose Noel on 04/19/2024          Page 26

1     the names of the contractors of the company?

2          A     I don't know.

3          Q     To your knowledge, who would know the names of

4     the employees of Amor De Jesus?

5          A     My wife, Aminta Quinonez,

6     Aminta Machado Quinonez.

7          Q     And do you believe that your wife, Aminta

8     would know the names of independent contractors of the

9     company as well?

10         A     Yes.

11         Q     Other than your wife, Aminta Machado Quinonez,

12    is there any other individual responsible for overseeing

13    the business operations of Amor De Jesus?

14         A     No.

15         Q     Who opened the bank account for Amor De Jesus?

16         A     I believe she did or we both did, maybe.

17         Q     Do you remember when that was?

18         A     No, don't know the date.

19         Q     And without providing me a specific date, can

20    you provide me with an estimate of about how long ago

21    that was?  Say, more or less than five years?

22         A     It will be more than five years, yes.

23         Q     Okay.  More or less than 10 years?

24         A     I guess it will be when the company was

25    opened. --


UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

877-291-3376
www.ucrinc.com