UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CIV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

v.

AMOR DE JESUS CORP.,
SWEET LIVING FACILITY, INC.,
JOSE MACHADO, ZELMIRA QUINONEZ,
and AMINTA QUINONEZ,

    Defendants.
_____/

## MEDIATOR'S REPORT

The parties held a mediation conference on May 15, 2024 at 10:00 a.m., and the results of that conference are indicated below:

**Attendance:** All parties and their counsel appeared. The mediation proceeded via Zoom.

**Outcome:** No agreement was reached; IMPASSE.

Dated this 15th day of May, 2024

Respectfully submitted,
**Neil Flaxman, Esq.**
Florida Supreme Court Certified Circuit & Appellate Mediator
L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786
E-mail: neil@flaxmanmediations.com

By:   *s/ Neil Flaxman*
      Neil Flaxman, Esq.
      Fla. Bar No. 025299