DEC/14/2012/FRI 04:20 PM                    FAX No.                                  P. 001

Division of Corporations                                                          Page 1 of 1



P07000036732

## Florida Department of State
### Division of Corporations
### Electronic Filing Cover Sheet

---

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H12000293801 3)))

```
H120002938013ABC-
```

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

---

```
To:
        Division of Corporations
        Fax Number    : (850)617-6380

From:
        Account Name   : EXPRESS CORPORATE FILING SERVICE INC.
        Account Number : I20000000146
        Phone          : (305)444-4994
        Fax Number     : (305)444-4977

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

        Email Address: _____
```

### COR AMND/RESTATE/CORRECT OR O/D RESIGN
### AMOR DE JESUS, CORP.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 05 |
| Estimated Charge | $35.00 |

Electronic Filing Menu      Corporate Filing Menu         Help



https://efile.sunbiz.org/scripts/efilcovr.exe                              12/14/2012

DEC/14/2012/FRI 04:20 PM                    FAX No.                        P. 002

# ARTICLES OF AMENDMENT

## TO THE

## ARTICLES OF INCORPORATION

## FOR

## AMOR DE JESUS, CORP.

**AMOR DE JESUS CORP.** A Corporation of the State of Florida who's registered office is located at **14283 SW 177th Street, Miami, Florida 33177. Document Number of Corporation: P07000036732** Certifies pursuant to the provisions of Section 607.1006, Florida Statues. A meeting of the stockholders of said Corporation called for the purpose of amending the Articles of Incorporation, held on December 12, 2012. It was resolved by the vote of the holders of an appropriate majority of the shares of each class entitled to the vote, that ARTICLES IV and VI of the articles of Incorporation are to be amended to read as follows:

FILED
DEC 14 AM 11:30
SECRETARY OF STATE
TALAHASSEE, FLORIDA

DEC/14/2012/FRI 04:20 PM                      FAX No.                                P. 003

## *ARTICLE IV – REGISTER AGENT*

The name and address of the register agent is:

        Jose N. Machado
        2135 SW 156th Court
        Miami, Fl 33185

## *ARTICLE VI – DIRECTORS & OFFICERS*

The name and street address of the director to this corporation is:

        Jose N. Machado
        2135 SW 156th Court
        Miami, Fl 33185

### Officer:

*President:*    Jose N. Machado (Sole Owner)
               2135 SW 156th Court
               Miami, Fl 33185

<u>Secretary:</u>    Jose N. Machado
               2135 SW 156th Court
               Miami, Fl 33185

DEC/14/2012/FRI 04:20 PM                           FAX No.                                    P. 004

*Delete:*         Ana Delgado
                  14283 SW. 177th Street
                  Miami, Fl 33177

*Delete:*         Roberto De Jesus Diaz-Herrera
                  14283 SW. 177th Street
                  Miami, Fl 33177

The number of votes cast by the shareholders was sufficient for approval.

This amendment was adopted December 12, 2012.

Signed on December 12, 2012.

Signature _____

Jose N. Machado
Printed Name

Director/ President/Secretary
Title

DEC/14/2012/FRI 04:20 PM          FAX No.                    P. 005

# CERTIFICATE OF DESIGNATION REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 607.0501 OR 617, 0501, FLORIDA STATUTES, THE UNDERSIGNED CORPORATION, ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE/REGISTERED AGENT, IN THE STATE OF FLORIDA.

1. The name of the corporation is: Amor DE Jesus, Corp.

2. The name and address of the registered agent and office is:

Jose N. Machado

(Name)

2135 SW 156th Court

(Street address – P.O. Box or Mail Drop Box NOT acceptable)

Miami, FL 33185

(City/State/Zip)

Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

_____                    12-14-12
(Signature)                                 (Date)