**2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
Apr 30, 2013
Secretary of State
CC3325169922

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE N MACHADO                                         PSD                  04/30/2013
Electronic Signature of Signing Officer/Director Detail                                  Date

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

Entity Name: AMOR DE JESUS, CORP.

**FILED**
Apr 14, 2014
Secretary of State
CC7584495352

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

FEI Number: 66-0702611

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent | Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE MACHADO       OWNER       04/14/2014

Electronic Signature of Signing Officer/Director Detail | Date

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
Apr 28, 2015
Secretary of State
CC5153562869

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
            Electronic Signature of Registered Agent                                                                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE N MACHADO                    DIRECTOR                        04/28/2015
            Electronic Signature of Signing Officer/Director Detail                                         Date

**2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
Apr 27, 2016
Secretary of State
CC9918441803

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                         Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE N MACHADO                              PD                              04/27/2016

Electronic Signature of Signing Officer/Director Detail                                         Date

**2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
Apr 29, 2017
Secretary of State
CC2812927379

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
 Electronic Signature of Registered Agent                                                                                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE MACHADO                                              PD                                              04/29/2017
 Electronic Signature of Signing Officer/Director Detail                                                                                         Date

**2018 FLORIDA PROFIT CORPORATION ANNUAL REPORT**
DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
**Apr 30, 2018**
**Secretary of State**
**CC4650806008**

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
_____
Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE N MACHADO                              PSD                      04/30/2018
_____
Electronic Signature of Signing Officer/Director Detail                              Date

**2019 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
**Apr 30, 2019**
**Secretary of State**
**8802489929CC**

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
2135 SW 156 CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
              Electronic Signature of Registered Agent                                      Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 2135 SW 156 CT |
| City-State-Zip: | MIAMI FL 33185 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE MACHADO                          P                      04/30/2019
          Electronic Signature of Signing Officer/Director Detail                                  Date

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
Apr 23, 2020
Secretary of State
1072705156CC

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
14283 SW 177 STREET
MIAMI, FL 33177 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 14283 SW 177 STREET |
| City-State-Zip: | MIAMI FL 33177 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MACHADO, JOSE N                                         PSD                                               04/23/2020

Electronic Signature of Signing Officer/Director Detail                                                                       Date

**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

Entity Name: AMOR DE JESUS, CORP.

**FILED**
Apr 22, 2021
Secretary of State
6079555123CC

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

FEI Number: 66-0702611

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
14283 SW 177 STREET
MIAMI, FL 33177 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                      Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 14283 SW 177 STREET |
| City-State-Zip: | MIAMI FL 33177 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE N MACHADO                              PRESIDENT                              04/22/2021

Electronic Signature of Signing Officer/Director Detail                                                                                      Date

# 2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
Apr 29, 2022
Secretary of State
2457691261CC

## Current Principal Place of Business:

14283 SW 177 STREET
MIAMI, FL 33177

## Current Mailing Address:

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

## Name and Address of Current Registered Agent:

MACHADO, JOSE N
14283 SW 177 STREET
MIAMI, FL 33177 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                          Date

## Officer/Director Detail :

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 14283 SW 177 STREET |
| City-State-Zip: | MIAMI FL 33177 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE MACHADO                    PRESIDENT            04/29/2022

Electronic Signature of Signing Officer/Director Detail           Date

# 2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
**Jun 09, 2023**
Secretary of State
2751718382CC

## Current Principal Place of Business:

14283 SW 177 STREET
MIAMI, FL 33177

## Current Mailing Address:

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

## Name and Address of Current Registered Agent:

MACHADO, JOSE N
14283 SW 177 STREET
MIAMI, FL 33177 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
         Electronic Signature of Registered Agent                                  Date

## Officer/Director Detail :

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 14283 SW 177 STREET |
| City-State-Zip: | MIAMI FL 33177 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE N MACHADO                                       PRESIDENT                                  06/09/2023
         Electronic Signature of Signing Officer/Director Detail                                           Date

**2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P07000036732

**Entity Name:** AMOR DE JESUS, CORP.

**FILED**
**Mar 28, 2024**
**Secretary of State**
**3021223343CC**

**Current Principal Place of Business:**

14283 SW 177 STREET
MIAMI, FL 33177

**Current Mailing Address:**

14283 SW 177 STREET
MIAMI, FL 33177

**FEI Number:** 66-0702611

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MACHADO, JOSE N
14283 SW 177 STREET
MIAMI, FL 33177 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                 Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | MACHADO, JOSE N |
| Address | 14283 SW 177 STREET |
| City-State-Zip: | MIAMI FL 33177 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE MACHADO                              OWNER                              03/28/2024

Electronic Signature of Signing Officer/Director Detail                                                                 Date