# Health Care Licensing Application
## Assisted Living Facility - Renewal Licensure

---

## Provider/Facility Information

### Provider Information
*Provider name, address, telephone number will be listed on Florida Health Finder at: http://www.floridahealthfinder.gov/*

License Number: 11224     National Provider Identifier: 1619298593     Medicare Number:

File Number: 11967162     Medicaid Number: ████

Provider/Facility: AMOR DE JESUS, CORP

### Street Address

Street Address: 14283 SW 177 STREET     (Bld, Suite, Floor, Villa, Apt)

City: MIAMI     State: FLORIDA     Zip: 33177

County: MIAMI-DADE

Telephone: (786) 429-1087     Telephone Ext:     Fax: (786) 364-1526

Provider Website: None     Email Address: avaleria197601@gmail.com

Transparency Page:

### Mailing Address   (All mail will be sent to this address)

Street Address: 14283 SW 177 STREET     (Bld, Suite, Floor, Villa, Apt)

City: MIAMI     State: FLORIDA     Zip: 33177

County: MIAMI-DADE     Telephone: (786) 429-1087     Telephone Ext:

Email Address avaleria197601@gmail.com

---

## Contact Details

### Contact Person

Contact Person: Aminta Quinonez     Suffix:

Telephone: (786) 201-4302     Telephone Ext:     Fax: (786) 364-1526

Email: avaleria197601@gmail.com

**Note**: *By providing your email address you agree to accept email correspondence from the Agency*

**Property Ownership**

Does the licensee own or lease this facility?

☐ Own    ☒ Leased

Full Name: JOSE M MACHADO

Effective Date: 09/17/2012                                          End Date:

**Mailing Address**

Address Type: Personal

Street Address: 14935 SW 297TH ST                    (Bld, Suite, Floor, Villa, Apt):

City: HOMESTEAD                                            State: FL

Zip: 33033-3701                                              County: MIAMI-DADE

Telephone: (786) 201-1499                              Telephone Ext.:

Email: jnm0304@yahoo.com

---

## Licensee Information

Description of Licensee: For Profit                    Ownership Type: Corporation

Licensee Name: AMOR DE JESUS, CORP              FEIN: ███████

Mailing Address: 14283 SOUTH WEST 177 STREET              (Bld, Suite, Floor, Villa, Apt.)

City: MIAMI              State: FLORIDA                    Zip: 33177

County: MIAMI-DADE

Telephone: (789) 429-1087        Telephone Ext:              Fax: (786) 364-1526

Email: avaleria197601@gmail.com

---

## Ownership Information

☒ Y   Does any person or entity serve as an officer of, is on the board of directors of, or have a 5% or greater ownership interest in the applicant or licensee?

**Person and/or Entity Ownership of Licensee**

Full Name of Individual/Entity: JOSE N MACHADO              SSN/EIN: xxx-xxx-xxxx

Board Member/ Officer: YES                              Suffix:

% Ownership: 100.00

Effective Date: 09/17/2012                              End Date:

Mailing Address Type: Business

Street Address: 2135 SW 156 COURT                    (Bld, Suite, Floor, Villa, Apt)

City: MIAMI                                                State: FL

Zip: 33185                                                  County: MIAMI-DADE

Telephone: (305) 552-7559                              Telephone Ext.:

Email: jnm0304@yahoo.com

If the percentage of ownership interest indicated above does not equal 100%, please explain why in the space below:

## Management Company Information

### Management Company

N  Does a company other than the licensee manage the licensed provider?

## Personnel Information

### Personnel

First Name: AMINTA          Middle:          Last Name: QUINONEZ

Suffix:          SSN: xxx-xxx-xxxx          ███████████

Address Type:

Street Name or P.O. Box: 15505 SW 16 LANE          (Bld, Suite, Floor, Villa, Apt.):

City: MIAMI          State: FLORIDA

Zip: 33185          County: MIAMI-DADE

Telephone: (786) 201-4302          Telephone Ext:

Email: avaleria197601@gmail.com

| **Title** | **Effective Date** | **End Date** | **FL License Number** |
| --- | --- | --- | --- |
| Administrator | 7/13/2012 | | |

First Name: JOSE          Middle: N          Last Name: MACHADO

Suffix:          SSN: xxx-xxx-xxxx          ███████████

Address Type:

Street Name or P.O. Box: 2135 SW 156 COURT          (Bld, Suite, Floor, Villa, Apt.):

City: MIAMI          State: FLORIDA

Zip: 33185          County: MIAMI-DADE

Telephone: (305) 552-7559          Telephone Ext:

Email: jnm0304@yahoo.com

| **Title** | **Effective Date** | **End Date** | **FL License Number** |
| --- | --- | --- | --- |
| Financial Officer | 9/17/2012 | | |

### Safety Liaison

First Name: AMINTA          Middle:          Last Name: QUINONEZ

Effective Date: 07/13/2012          End Date:

Phone: 7862014302          Telephone Ext:

Address line1: 15505 SW 16 LANE          Address line2:

City: MIAMI          State: FL          Zip: 33185

Email: avaleria197601@gmail.com

## Required Disclosures

### Convictions

Pursuant to subsection 408.809(1)(d), F.S., the applicant shall submit to the agency a description and explanation of any convictions or offences prohibited by sections 435.04 and 408.809(1) F.S., for each controlling interest.

| N | Has the applicant or any individual listed in the Controlling Interests or Management Company Controlling Interests sections of this application been convicted of any level 2 offence pursuant to subsection 408.809(1)(d), Florida Statutes? (These offences are listed on the Affadivit of Compliance with Background Screening Requirements, AHCA Form (#3100-0008)). |
|---|---|

| **Full Name** | **SSN** | **Description** | **Exemption** |
|---|---|---|---|

## Exclusions

Pursuant to section 408.810(2), F.S., the applicant must provide a description and explanation of any exclusions, suspensions, or terminations from the Medicare, Medicaid, or Federal Clinical Laboratory Improvement Amendment (CLIA) programs.

| N | Has the applicant or any individual listed in the Controlling Interests or Management Company Controlling Interests sections of this application been excluded, suspended, terminated or involuntarily withdrawn from participation in Medicare or Medicaid in any state? |
|---|---|

| **Full Name** | **SSN** | **Description** |
|---|---|---|

## Felonies / Terminations

Pursuant to section 408.815(4), F.S., does the applicant or any controlling interest in an applicant have any of the following:

| N | Convicted of, or entered a plea of guilty or nolo contendere to, regardless of adjudication, a felony under chapter 409, chapter 817, chapter 893, 21 U.S.C. ss. 801-970, or 42 U.S.C. ss. 1395-1396, within the previous 15 years prior to the date of this application? |
|---|---|

| N | Terminated for cause from the Medicare program or a state Medicaid program. |
|---|---|

## Health and Residential Care

| N | In the past 5 years, has the applicant or any controlling interest owned any entity that provided health or residential care in Florida or any other state? |
|---|---|

| | If yes: Has any entity the applicant or controlling interest owned been closed due to financial inability to operate; had a receiver appointed or a license denied, suspended, or revoked; was subject to a moratorium; or had an injunctive proceeding initiated against it? |
|---|---|

## Miscellaneous

| N | Does the owner, administrator, or any facility representative serve as 'representative payee' or as power of attorney for any Assisted Living Facility residents? |
|---|---|

| N | Is the Assisted Living Facility a part of a continuing care retirement community (CCRC) pursuant to Chapter 651, F.S.? If yes, you will be prompted to attach a copy of your Certificate of Authority in the Supporting Documents section of this application. |
|---|---|

| Y | Does the Assisted Living facility participate in Long Term Care, Managed Care, or MMA (Managed Medical Assistance). If yes, provide your Medicaid number below. |
|---|---|

Medicaid #: ███████████

| Y | Do you offer or do you plan to offer adult day care services in your assisted living facility? |
|---|---|

# Bed Count

| | |
|---|---|
| # Private Pay Beds: | 2 |
| # OSS Beds: | 4 |
| Total Capacity | 6 |

---

# Consumer Information

The following information is available to consumers through the Florida Health Finder.

**Room Type:**

- ☒ Occupancy          6
- ☒ Private Beds
- ☒ Semi-Private Beds    3
- ☒ Bed Hold ?          Yes

**Religious Affiliation (if any):**

**Payment Forms Accepted:**

- ☒ Other:Private
- ☒ Veterans Administration
- ☒ Medicaid
- ☒ Insurance/ HMO

**Special Services Provided:**

**Languages Spoken:**

- ☒ Spanish
- ☒ English

**Nurse Availability:**

- ☒ None

**Special Program Provided:**

- ☒ Arts and Crafts
- ☒ Dancing
- ☒ Exercise Class
- ☒ Games/Cards
- ☒ Other:Church

---

# Qualifications

- ☐ None
- ☐ Extended Congregate Care (ECC)
- ☒ Limited Mental Health (LMH)
- ☐ Limited Nursing Services (LNS)

**Affidavit**

I **JOSE  MACHADO** , under penalty of perjury, attest as follows:

(1)    Pursuant to section 837.06, Florida Statutes (F.S.), I have not knowingly made a false statement with the intent to mislead the Agency in the performance of its official duty.

(2)    Pursuant to section 408.815, Florida Statues (F.S.), I acknowledge that false representation of a material fact in the license application or omission of any material fact from the license application by a controlling interest may be used by the Agency for denying and revoking a license or change of ownership application.

(3)    Pursuant to section 408.806, Florida Statutes (F.S.), the applicant is in compliance with the provisions of section 408.806 and Chapter 435, Florida Statutes (F.S.).

(4)    Pursuant to section 408.809 and 435.05, Florida Statutes (F.S.), every employee of the applicant required to be screened has attested, subject to penalty of perjury, to meeting the requirements for qualifying for employment pursuant to Chapter 408, Part II and Chapter 435, Florida Statutes (F.S.), and has agreed to inform the employer immediately if arrested for any of the disqualifying offenses while employed by the employer.

(5)    Pursuant to section 435.05, Florida Statutes (F.S.), the applicant has conducted a level 2 background screening through the Agency on every employee required to be screened under Chapter 408, Part II or Chapter 435, Florida Statutes (F.S.), as a condition of employment and continued employment and that every such employee has satisfied the level 2 background screening standards or obtained an exemption from disqualification from employment.

| | | |
|---|---|---|
| JOSE  MACHADO | OWNER | 01/11/2021 |
| Signature of Licensee or Authorized Representative | Title | Date |