View current license information at: Floridahealthfinder.gov

LICENSE #: 11224
CERTIFICATE #: 64525

# State of Florida

AGENCY FOR HEALTH CARE ADMINISTRATION
DIVISION OF HEALTH QUALITY ASSURANCE

# ASSISTED LIVING FACILITY

## LICENSED with LIMITED MENTAL HEALTH

This is to confirm that __AMOR DE JESUS, CORP__ has complied with the rules and regulations adopted by the State of Florida, Agency for Health Care Administration, as authorized by Chapter 429, Part I, Florida Statutes and 59A-36, Florida Administrative Code, and is authorized to operate the following:

**AMOR DE JESUS, CORP**
14283 SW 177 Street
Miami, FL  33177

Total Capacity: __6__
Optional State Supplementation Residents: __4__
Private Pay Residents: __2__



EFFECTIVE DATE: 03/17/2021

EXPIRATION DATE: 03/16/2023

Simone Marstiller, Secretary
Division of Health Quality Assurance