View current license information at: Floridahealthfinder.gov

LICENSE #: 10526
CERTIFICATE #: 66327

# State of Florida

AGENCY FOR HEALTH CARE ADMINISTRATION
DIVISION OF HEALTH QUALITY ASSURANCE

# ASSISTED LIVING FACILITY

## LICENSED with LIMITED MENTAL HEALTH

This is to confirm that <u>SWEET LIVING FACILITY INC</u> has complied with the rules and regulations adopted by the State of Florida, Agency for Health Care Administration, as authorized by Chapter 429, Part I, Florida Statutes and 59A-36, Florida Administrative Code, and is authorized to operate the following:

**SWEET LIVING FACILITY INC.**
15505 SW 16 Lane
Miami, FL  33185

Total Capacity: <u>6</u>
Optional State Supplementation Residents: <u>5</u>
Private Pay Residents: <u>1</u>



EFFECTIVE DATE:  12/12/2020

EXPIRATION DATE:  12/11/2022

Simone Marstiller, Secretary
Division of Health Quality Assurance