UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/OTAZO-REYES

MARIA ELENA CHAVEZ LETONA,

     Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

     Defendants.

_____/

## PLAINTIFF'S REQUESTS FOR ADMISSIONS
## TO DEFENDANT, SWEET LIVING FACILITY, INC. CORP

Plaintiff, Maria Elena Chavez Letona, pursuant to Fed. R. Civ. P. 26, 36, and other applicable Rules and laws, requests that Defendant, Sweet Living Facility, Inc., admit or deny the following within 30 days hereof:

1)     Admit that Sweet Living Facility, Inc. engaged in interstate commerce in 2020.

2)     Admit that Sweet Living Facility, Inc. engaged in interstate commerce in 2020.

3)     Admit that Sweet Living Facility, Inc. engaged in interstate commerce in 2021.

4)     Admit that Sweet Living Facility, Inc. engaged in interstate commerce in 2022.

5)     Admit that Sweet Living Facility, Inc. engaged in interstate commerce in 2023.

6)     Admit that Sweet Living Facility, Inc. had gross annual revenues exceeding $500,000 for calendar year 2020.

7)     Admit that Sweet Living Facility, Inc. had gross annual revenues exceeding $500,000 for

1

calendar year 2021.

8)     Admit that Sweet Living Facility, Inc. had gross annual revenues exceeding $500,000 for calendar year 2022.

9)     Admit that Sweet Living Facility, Inc. had gross annual revenues exceeding $500,000 for calendar year 2023.

10)    Admit that Sweet Living Facility, Inc. did not pay Plaintiff overtime wages calculated at one and one-half times her regular rate of pay (of at least the applicable Florida minimum wage) in calendar year 2020.

11)    Admit that Sweet Living Facility, Inc. did not pay Plaintiff overtime wages calculated at one and one-half times her regular rate of pay (of at least the applicable Florida minimum wage) in calendar year 2021.

12)    Admit that Sweet Living Facility, Inc. did not pay Plaintiff overtime wages calculated at one and one-half times her regular rate of pay (of at least the applicable Florida minimum wage) in calendar year 2022.

13)    Admit that Sweet Living Facility, Inc. did not pay Plaintiff overtime wages calculated at one and one-half times her regular rate of pay (of at least the applicable Florida minimum wage) in calendar year 2022.

14)    Admit that patients resided at Sweet Living Facility, Inc. in 2020.

15)    Admit that patients resided at Sweet Living Facility, Inc. in 2021.

16)    Admit that patients resided at Sweet Living Facility, Inc. in 2022.

17)    Admit that patients resided at Sweet Living Facility, Inc. in 2023.

18)    Admit that sick persons resided at Sweet Living Facility, Inc.'s facility/home in 2020.

19)    Admit that sick persons resided at Sweet Living Facility, Inc.'s facility/home in 2021.

2

20)     Admit that sick persons resided at Sweet Living Facility, Inc.'s facility/home in 2022.

21)     Admit that sick persons resided at Sweet Living Facility, Inc.'s facility/home in 2023.

22)     Admit persons over 70 resided at Sweet Living Facility, Inc.'s facility/home in 2020.

23)     Admit persons over 70 resided at Sweet Living Facility, Inc.'s facility/home in 2021.

24)     Admit persons over 70 resided at Sweet Living Facility, Inc.'s facility/home in 2022.

25)     Admit persons over 70 resided at Sweet Living Facility, Inc.'s facility/home in 2023.

26)     Admit persons over 80 resided at Sweet Living Facility, Inc.'s facility/home in 2020.

27)     Admit persons over 80 resided at Sweet Living Facility, Inc.'s facility/home in 2021.

28)     Admit persons over 80 resided at Sweet Living Facility, Inc.'s facility/home in 2022.

29)     Admit persons over 80 resided at Sweet Living Facility, Inc.'s facility/home in 2023.

30)     Admit persons with diminished mental capacity resided at Sweet Living Facility, Inc.'s facility/home in 2020.

31)     Admit persons with diminished mental capacity resided at Sweet Living Facility, Inc.'s facility/home in 2021.

32)     Admit persons with diminished mental capacity resided at Sweet Living Facility, Inc.'s facility/home in 2022.

33)     Admit persons with diminished mental capacity resided at Sweet Living Facility, Inc.'s facility/home in 2023.

34)     Admit that Sweet Living Facility, Inc. maintained records of each day that Plaintiff worked for it in 2020.

35)     Admit that Sweet Living Facility, Inc. maintained records of each day that Plaintiff worked for it in 2021.

36)     Admit that Sweet Living Facility, Inc. maintained records of each day that Plaintiff worked

3

for it in 2022.

37)     Admit that Sweet Living Facility, Inc. maintained records of each day that Plaintiff worked for it in 2023.

38)     Admit that Sweet Living Facility, Inc., has records identifying the hours per day that Plaintiff worked for it in 2020.

39)      Admit that Sweet Living Facility, Inc., has records identifying the hours per day that Plaintiff worked for it in 2021.

40)     Admit that Sweet Living Facility, Inc., has records identifying the hours per day that Plaintiff worked for it in 2022.

41)     Admit that Sweet Living Facility, Inc., has records identifying the hours per day that Plaintiff worked for it in 2023.

42)     Admit that Sweet Living Facility, Inc., has records identifying the hours per week that Plaintiff worked for it in 2020.

43)      Admit that Sweet Living Facility, Inc., has records identifying the hours per week that Plaintiff worked for it in 2021.

44)     Admit that Sweet Living Facility, Inc., has records identifying the hours per week that Plaintiff worked for it in 2022.

45)     Admit that Sweet Living Facility, Inc., has records identifying the hours per week that Plaintiff worked for it in 2023.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email

on this 8th day of January 2024 on Emmanuel Perez, Esq., perez@lawperez.com and

courtmail@lawperez.com, *as Counsel for Defendants*, Law Offices of Emmanuel Perez & Associates,

P.A., 901 Ponce De Leon Boulevard Suite 101, Coral Gables Florida 33134.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4884
*www.fairlawattorney.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA ELENA CHAVEZ LETONA,

                    Plaintiff,

v.
                                                    CASE NO.: 23-CV-24299

AMOR DE JESUS CORP., et al.,

                    Defendants.
_____/

## DEFENDANT, SWEET LIVING FACILITY, INC., RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

**COMES NOW**, Defendant, SWEET LIVING FACILITY, INC., by and through undersigned counsel and pursuant to the Florida Rules of Civil Procedure, files this, Response to Plaintiff's Request for Admissions, as follows:

1. Admits.
2. Admits.
3. Admits.
4. Admits.
5. Admits.
6. Denies.
7. Denies.
8. Denies.
9. Denies.
10. Denies.
11. Denies
12. Denies.
13. Denies.
14. Denies.
15. Denies.
16. Denies.
17. Denies.

18.    Denies.

19.    Denies.

20.    Denies.

21.    Denies.

22.    Admits.

23.    Admits.

24.    Admits.

25.    Admits.

26.    Admits.

27.    Admits.

28.    Admits.

29.    Admits.

30.    Denies.

31.    Denies.

32.    Denies.

33.    Denies.

34.    Denies.

35.    Denies.

36.    Denies.

37.    Denies.

38.    Denies.

39.    Denies.

40.    Denies.

41.    Denies.

42.    Denies.

43.    Denies.

44.    Denies.

45.    Denies.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been

electronically filed and served via EM/ECF on this 8th day of February 2024.

**LAW OFFICES OF**
**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd, Suite 101
Coral Gables, FL  33134
Tel. (305)442-7443
eService: courtmail@lawperez.com

By:__/s/Emmanuel Perez_____
        EMMANUEL PEREZ
        F.B.N. 586552