UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24299-CIV-MORENO**

MARIA ELENA CHAVEZ LETONA,

        Plaintiff,

vs.

AMOR DE JESUS, CORP., SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and, AMINTA
QUINONEZ,

        Defendants.

_____/

## ORDER CONTINUING TRIAL

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

In view of the pending fully briefed motion for summary judgment that has been previously referred to Chief U.S. Magistrate Torres, the trial in this case shall be *continued* from the two-week period commencing on 10/7/2024 to **1/13/25**. The Calendar Call shall take place on **1/7/25 at 2:00 PM**. Both will take place in Courtroom 12-2 in the Wilkie D. Ferguson U.S. Courthouse in front of Judge Federico A. Moreno.

DONE AND ORDERED in Chambers at Miami, Florida, this _28th_ of August 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record