UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/TORRES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES

THIS CAUSE, having come before the Court on Plaintiff's Motion for Extension of Pretrial Deadlines [ECF No. 83], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED, and the parties' pretrial deadlines are extended as follows:

1. Plaintiff's Witness and Exhibit Lists must be filed on or before December 18, 2024;
2. Defendants' Witness and Exhibit Lists must be filed on or before December 20, 2024; and
3. Pretrial Stipulations must be filed on or before January 3, 2024.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of April 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*