UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING FACILITY INC., JOSE MACHADO, ZELMIRA QUINONEZ, and AMINTA QUINONEZ,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Pretrial Deadlines **(D.E. 83)**, filed on **September 19, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the motion is **DENIED**. Plaintiff shall file witness and exhibit lists in accordance with existing deadlines, with the assumption that the pending motions will be denied. Subsequently, at a pretrial conference before the District Judge, the Court will delete, as appropriate, the witnesses and exhibits that are no longer relevant.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of September 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record