UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration of Motion for Extension of Pretrial Deadlines **(D.E. 85)**, filed on **September 24, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the motion is **DENIED**. The Court did not "misunderst[and]" Plaintiff's original motion to extend pretrial deadlines. D.E. 85 ¶ 1. In her original motion, Plaintiff requested an extension to provide the Magistrate Judge more time to rule on pending motions "so that the parties can then decide which witnesses and exhibits they intend to present at trial, and which stipulations they agree to." D.E. 83 ¶ 9. On this basis, the Court denied Plaintiff's motion and ordered the parties to file their witness and exhibit lists "in accordance with existing deadlines, with the assumption that the pending motions will be denied." D.E. 84.

Both parties should immediately file their lists of witnesses and exhibits, assuming that the Court will eventually rule on the admissibility of witnesses and exhibits, and may delete some, as appropriate. Failure to submit the witness and exhibit lists by **October 30, 2024** shall result in either a dismissal, if Plaintiff does not abide, or a default, if Defendants do not abide.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th of October 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record