UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING
### (DEFENDANT JOSE MACHADO'S MOTION FOR SUMMARY JUDGMENT)

    Plaintiff, Maria Elena Chavez Letona, notifies the Court that ninety (90) days have elapsed since the filing of the Reply to Defendant Jose Machado's Motion for Summary Judgment [ECF Nos. 60, 61, 71, 72, 74, 75], without a hearing or ruling thereon.

    Dated this 25th day of October 2024.

                                                      Brian H. Pollock, Esq.
                                                      Brian H. Pollock, Esq. (174742)
                                                      brian@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:    305.230.4884
                                                      *Counsel for Plaintiff*