UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/TORRES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA QUINONEZ, and AMINTA QUINONEZ,

    Defendants.
_____/

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Plaintiff's Requests for Admission to Defendant, Amor De Jesus, Corp. | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 2 | Defendant, Amor De Jesus, Corp.'s Response to Plaintiff's Requests for Admission | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 3 | Plaintiff's Requests for Admission to Defendant, Sweet Living Facility Inc. | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 4 | Defendant, Sweet Living Facility Inc.'s Response to Plaintiff's Requests for Admission | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 5 | Plaintiff's First Requests for Production to Defendants | Discovery Request/Response | Subject to objection in request and any trial objections | | |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 6 | Defendants' Response to Plaintiff's First Requests for Production | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 7 | Defendant, Amor De Jesus, Corp.'s 2021-2023 License - Assisted Living Facility With Limited Mental Health | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 8 | Defendant, Sweet Living Facility Inc.'s 2020-2022 License - Assisted Living Facility With Limited Mental Health | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 9 | Defendant, Zelmira Quinonez's 2022 Certificate of Achievement - Assisted Living Facility Core Competency Test | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 10 | Defendant, Amor De Jesus, Corp.'s 2020 U.S. Tax Return | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 11 | Defendant, Amor De Jesus, Corp.'s 2021 U.S. Tax Return | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 12 | Defendants' Records of Zelle Payments to Plaintiff | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 13 | Defendants' Zelle Payments Chart | Produced by Defendants (without Bates numbers). | Subject to objection in request and any trial objections | | |
| 14 | Plaintiff's Response to Defendants' Interrogatories | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 15 | Plaintiff's Response to Defendants' First Request for Production | Discovery Request/Response | Subject to objection in request and any trial objections | | |
| 16 | WhatsApp Messages between Plaintiff and Defendant, Aminta Quinonez | Bates Letona 000001-001102 | Subject to objection in request and any trial objections | | |
| 17 | Text Messages between Plaintiff and Defendant, | Bates Letona 001103-001752, 001818-001819 | Subject to objection in request and any trial objections | | |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Aminta Quinonez |  |  |  |  |
| 18 | Text Messages between Plaintiff and Defendant, Zelmira Quinonez | Bates Letona 001753-001779 | Subject to objection in request and any trial objections |  |  |
| 19 | Bank Statements showing Zelle Transfers to Plaintiff (Redacted) | Bates Letona 001780-001814 | Subject to objection in request and any trial objections |  |  |
| 20 | Plaintiff's Passport | Bates Letona 001815-001817 | Subject to objection in request and any trial objections |  |  |
| 21 | Defendant, Aminta Quinonez's April 16, 2024 Deposition Transcript | Deposition Transcript | Subject to objection in request and any trial objections |  |  |
| 22 | Defendant, Zelmira Quinonez's April 18, 2024 Deposition Transcript | Deposition Transcript | Subject to objection in request and any trial objections |  |  |
| 23 | Defendant, Jose Machado's April 19, 2024 Deposition Transcript | Deposition Transcript | Subject to objection in request and any trial objections |  |  |
| 24 | Defendant, Amor De Jesus, Corp.'s Articles of Incorporation | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections |  |  |
| 25 | Annual Reports filed by Defendant, Amor De Jesus, Corp. with the Florida Secretary of State, 2008-2024 | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections |  |  |
| 26 | 2012 Amendment to Defendant, Amor De Jesus, Corp.'s Articles of Incorporation | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections |  |  |
| 27 | Defendant, Sweet Living Facility's Articles of Incorporation | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections |  |  |
| 28 | Annual Reports filed by Defendant, Sweet Living Facility Inc. with the Florida | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections |  |  |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Secretary of State, 2005-2024 | | | | |
| 29 | 2006 Amendment to Defendant, Sweet Living Facility Inc.'s Articles of Incorporation | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections | | |
| 30 | 2013 Amendment to Defendant, Sweet Living Facility Inc.'s Articles of Incorporation | Florida Department of State - Division of Corporations | Subject to objection in request and any trial objections | | |
| 31 | Documents produced by the Florida Agency for Health Care Administration in response to Plaintiff's Public Records Request | Florida Agency for Health Care Administration (Bates Letona 001820-002006) | Subject to objection in request and any trial objections | | |
| 32 | Documents downloaded from the Florida Agency for Healthcare Administration regarding the Defendants | Florida Agency for Health Care Administration | Subject to objection in request and any trial objections | | |
| 33 | All Exhibits identified by Defendants | | Subject to objection in request and any trial objections | | |
| 34 | All Exhibits needed for impeachment | | Subject to objection in request and any trial objections | | |

Respectfully submitted this 30th day of October 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*