UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Plaintiff(s): MARIA ELENA CHAVEZ LETONA

v.                                  Case No. 23-CV-24299 MORENO

Defendant(s): AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC., JOSE MACHADO, ZELMIRA QUINONEZ AND AMINTA QUINONEZ

_____ Evidentiary
__✖__ Trial
_____ Other

## WITNESS LIST

_____ Plaintiff    __✖__ Defendant

| # | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
|---|------|--------------------------------------------|----------------------------------|
| 1. | Aminta Quinonez | Aminta Quinonez will testify as to her agreement with Plaintiff, the hours Plaintiff worked, and when Plaintiff began working with her company and her mother's company. | |
| 2. | Zelmira Quinonez | Zelmira Quinonez will testify as to her agreement with Plaintiff, the hours Plaintiff worked, and when Plaintiff began working with her company and her daughter's company. | |
| 3. | Jose Machado | Jose Machado will testify as to his involvement in the company, his full-time employment elsewhere, and his absence from the daily operations of the business or lack of oversight in the operation of the Defendants' business. | |

| 4. | Maria Elena Chavez Letona | Maria Chavez Letona will testify as to her employment for both Amor de Jesus and Sweet Living Facility, how she was hired at both companies, the hours she worked for both Amor de Jesus and Sweet Living Facility, the manner in which she was paid, and how much she was paid for working at both Amor de Jesus and Sweet Living Facility. | |

Defendants reserve the right to amend and/or supplement this Trial Witness List in the event additional witnesses become known prior to trial.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Boulevard, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443; Fax: (305) 441-9218
Email: courtmail@lawperez.com

By:   /s/ *EMMANUEL PEREZ*
       EMMANUEL PEREZ
       F.B.N. 586882