UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 23-CV-24299 MORENO**

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

v.

AMOR DE JESUS, CORP., SWEET LIVING
FACILITY INC., JOSE MACHADO, ZELMIRA
QUINONEZ AND AMINTA QUINONEZ,

    Defendant.
_____/

**DEFENDANT'S TRIAL EXHIBIT LIST**

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| D-1 | Defendants' Record of Zelle Payments to Plaintiff | Produced by Defendants in discovery. (No bates number) | None | | |
| D-2 | Defendants' Zelle Payments Chart | Produced by Defendants in discovery. (No bates number) | None | | |

    Defendants reserve the right to amend and/or supplement this Trial Exhibit List in the event additional exhibits become known prior to trial.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Boulevard, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443; Fax: (305) 441-9218
Email: courtmail@lawperez.com

By:_____/s/ *EMMANUEL PEREZ*___
        EMMANUEL PEREZ
        F.B.N. 586882