UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/TORRES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING
### (PLAINTIFF'S MOTION FOR SANCTIONS BASED ON THE DEFENDANTS' SPOLIATION OF EVIDENCE)

Plaintiff, Maria Elena Chavez Letona, notifies the Court that ninety (90) days have elapsed since the filing of the Plaintiff's Motion For Sanctions Based On The Defendant's Spoliation of Evidence [ECF No. 78], to which Defendants filed no timely response in opposition or request for enlargement of time to respond, and for which no hearing had or ruling thereon been made.

Dated this 5th day of January 2025.

                                              <u>Brian H. Pollock, Esq.</u>
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*