UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

### ORDER SETTING TRIAL

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

As ordered in open court during Calendar Call on January 7, 2025, jury trial is set for **January 14, 2025, at 9:30 AM** at the Wilkie D. Ferguson U.S. Courthouse, Courtroom 12-2, 400 North Miami Avenue, Miami, FL 33128, before the undersigned district judge.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this 7th of January 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record