UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO,
ZELMIRA QUINONEZ, AND
AMINTA QUINONEZ,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Maria Elena Chavez Letona, and Defendants, Amor De Jesus, Corp., Sweet Living Facility Inc., Jose Machado, Zelmira Quinonez, and Aminta Quinonez, (collectively, the "Parties") by and through their respective undersigned counsel, notify the Court pursuant to S.D. Fla. Local Rule 16.4 that the Parties have settled the above captioned action and are in the process of drafting and executing the written Settlement Agreement.

Respectfully submitted this 10th day of January 2025.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Emmanuel Perez |
| Brian H. Pollock, Esq. (174742) | Emmanuel Perez, Esq. (586552) |
| brian@fairlawattorney.com | perez@lawperez.com |
| Patrick Brooks LaRou, Esq. (1039018) | EMMANUEL PEREZ & ASSOCIATES, P.A. |
| brooks@fairlawattorney.com | 901 Ponce De Leon Boulevard, Suite 101 |
| FAIRLAW FIRM | Coral Gables, Florida 33134 |
| 135 San Lorenzo Avenue, Suite 770 | Telephone: (305) 442-7443 |
| Coral Gables, Florida 33146 | *Counsel for Defendants* |
| Telephone: (305) 230-4884 | |
| *Counsel for Plaintiffs* | |