UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

## ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL AND TERMS OF SETTLEMENT AGREEMENT FOR COURT APPROVAL

THIS CAUSE came before the Court upon the parties' Joint Notice of Settlement (**D.E. 92**), filed on **January 10, 2025**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

Under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Court is obligated to review the terms of a settlement agreement that resolves such claims. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). Therefore, it is

**ADJUDGED** that the parties shall file a stipulation of dismissal and submit their settlement to the Court, detailing the amount of damages and attorney's fees, no later than **Monday, January 13, 2025, at 12:00 PM**. In the absence of such filing, the parties and counsel must appear in court ready to proceed with the scheduled trial.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of January 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record