UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO/TORRES

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

    Defendants.
_____/

**PROPOSED ORDER ON JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice [ECF No. 94] and in support of same, states as follows:

It is hereby ORDERED and ADJUDGED that:

(1) The Parties Joint Motion for Approval of FLSA Settlement and to Dismiss with Prejudice is GRANTED.

(2) The Court shall retain jurisdiction for a period of 15 months to enforce the Parties' FLSA Settlement Agreement.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record