UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice (**D.E. 94**), filed on **January 13, 2025**.

THE COURT has considered the motion, the proposed settlement agreement, the other pertinent portions of the record, and is otherwise fully advised in the premises.

The parties have agreed that Defendants shall pay Plaintiff $25,000, disbursed over a 15-month period. Of this total, the parties have agreed that Plaintiff herself will receive $10,741.10. The Court approves the settlement agreement among the parties—Plaintiff is entitled to receive $10,741.10. Defendants shall pay the agreed-upon $25,000 to Plaintiff in exchange for dismissal of her claims with prejudice. The Court will also approve attorney's fees and costs but first requires a submission by Plaintiff's counsel with documentation to support the requested $14,258.90. It is

**ADJUDGED** that this case is dismissed with prejudice, and all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of January 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record