UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

## FINAL JUDGMENT REGARDING AMOUNT OWED TO PLAINTIFF

THIS CAUSE came before the Court upon the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice **(D.E. 94)**, filed on **January 13, 2025**, and the Court's Order granting this motion, filed concurrently herewith.

Judgment is hereby entered in favor of Plaintiff Maria Elena Chavez Letona and against Defendants Amor De Jesus Corp., Sweet Living Facility Inc., Jose Machado, Zelmira Quinonez, and Aminta Quinonez. It is

**ADJUDGED** that Plaintiff shall recover from Defendants in the amount of $25,000. Of that total, Plaintiff herself shall receive $10,741.10. Consistent with the Court's Order granting the instant motion, filed concurrently herewith, the Court will approve attorney's fees and costs in the amount of $14,258.90—and enter a separate final judgment to that effect—once Plaintiff's counsel file the supporting documentation. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of January, 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record