UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS, CORP., SWEET LIVING FACILITY INC., JOSE MACHADO, ZELMIRA QUINONEZ, AND AMINTA QUINONEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING**
**TIME AND EXPENSE RECORDS OF HER COUNSEL**

    Plaintiff, Maria Elena Chavez Letona, notices the Court and all parties of the filing of the time and expense records maintained by FairLaw Firm in support of the request for approval of $14,258.90 to be paid to her counsel, FairLaw Firm for attorney's fees ($10,000.00) and costs ($4,258.90) as fair and reasonable as required by the Court in its Order [ECF No. 95].

    Dated this 14th day of January 2025.

                                               s/Brian H. Pollock, Esq.
                                               Brian H. Pollock, Esq.
                                               Fla. Bar No. 174742
                                             brian@fairlawattorney.com
                                             FAIRLAW FIRM
                                             135 San Lorenzo Avenue
                                             Suite 770
                                             Coral Gables, FL 33146
                                             Tel:    305.230.4884
                                             *Counsel for Plaintiff*