UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24299-CIV-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

vs.

AMOR DE JESUS CORP, SWEET LIVING
FACILITY INC., JOSE MACHADO,
ZELMIRA QUINONEZ, and AMINTA
QUINONEZ,

    Defendants.
_____/

## FINAL JUDGMENT REGARDING AMOUNT OWED TO PLAINTIFF'S COUNSEL

THIS CAUSE came before the Court upon Plaintiff's Notice of Filing Time and Expense Records of Her Counsel (**D.E. 97**), filed on **January 14, 2025**.

THE COURT has considered the notice, the records submitted by Plaintiff's counsel, the other pertinent portions of the record, and is otherwise fully advised in the premises. In light of the parties' agreement to settle this case, the Court entered a final judgment for Plaintiff in the amount of $25,000. *See* D.E. 96. The Court already ordered that Plaintiff shall receive $10,741.10 of this amount. Plaintiff's counsel sought the remainder, $14,258.90. The Court conditioned Plaintiff's counsels' recovery on the submission of supporting documentation. In view of the records submitted by Plaintiff's counsel, it is

**ADJUDGED** that Plaintiff's counsel shall receive the requested $14,258.90 in attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of March, 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2