UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24299-MORENO

MARIA ELENA CHAVEZ LETONA,

    Plaintiff,

v.

AMOR DE JESUS, CORP.,
SWEET LIVING FACILITY INC.,
JOSE MACHADO, ZELMIRA
QUINONEZ, AND AMINTA
QUINONEZ,

    Defendants.
_____/

### NOTICE OF DISSOCIATION OF PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Maria Elena Chavez Letona, and no longer has an interest in the outcome of this action.

    Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

    Dated this 19th day of May 2025.

                                                        s/ Patrick Brooks LaRou, Esq.
                                                        Patrick Brooks LaRou, Esq.
                                                        Fla. Bar No. 1039018
                                                        brooks@fairlawattorney.com
                                                        FAIRLAW FIRM
                                                        135 San Lorenzo Avenue
                                                        Suite 770
                                                        Coral Gables, FL 33146
                                                        Tel:   305.230.4884
                                                        *Counsel for Plaintiff*